## BOARD OF VETERINARY ·EXAMINERS *v.* RUFFIN.

ATKINSON, J. Where after final judgment by the court upon an agreed statement of facts, without the intervention of a jury, in a ,mandamus case, a motion for new trial is made, and at the hearing a judgment is rendered dismissing the motion, Civil Code § 6153, as construed in *Holder* v. *Jelks,* 116 *Ga.* 134 (42 S. E. 400), and *Bacon* v. *Jones,* 116 *Ga.* 136, 139 (42 S. E. 401), is applicable, and a bill of exceptions· as-

signing error upon such judgment should be presented to the trial judge for certificate within 20 days after the ruling complained of. In this case the bill of exceptions was not so presented within 20 days after the ruling complained of; and on motion the writ of error is

*Dismissed. · All the Justices concur.*

No. 386. DECEMBER 13, 1917.

Writ of error; from Fulton. Motion to dismiss.

*Clifford Walker,* attorney-general, *M. C. Bennet,* and *W. W. Dykes,* for plaintiffs in error.

*J. Caleb Clarke* and *Harvey Hill,* contra.